## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **Pamela L. Tulley,** | ) | **Case No. 16-19181** |
| | ) | |
| Debtor. | ) | **Hon. Janet S. Baer** |
| | ) | **Hearing Date: June 23, 2017** |
| | ) | **Time: 11:00 a.m.** |

### CERTIFICATE OF SERVICE

To:   See Attached Service List

I, Frank J. Kokoszka, hereby certify that on Thursday, May 18, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Applications** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on May 18, 2017.

Dated: May 18, 2017                          Respectfully submitted,


                                             By: /s/ *Frank J. Kokoszka*
                                                Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

## SERVICE LIST

Pamela L. Tulley
324 East Elm Street
Villa Park, Illinois 60181

Gregory Martucci, Esq.
**(Via ECF Electronic Notice)**

Office of U.S. Trustee
**(Via ECF Electronic Notice)**

Capital One, N.A.
P.O. Box 71083
Charlotte, NC. 28272-1083

Capital One, N.A.
c/o Beckett & Lee
P.O. Box 3001
Malvern, PA 19355

Discover Products
P.O. Box 3025
New Albany, Ohio 43054-3025

American InfoSource, LP
P.O. Box 248866
Oklahoma City, Ok 73124-886

Navient Solutions
220 Lasley Avenue
Wilkes Barre, PA 18706

Synchrony Bank
c/o PRA Receivables
P.O. Box 4021
Norfork, Va. 23541

Wells Fargo
P.O. Box 10438
Des Moines, Iowa 50306-0438