# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
                                    §
Pamela L. Tulley                    §    Case No. 16-19181
                                    §
                                    §
_____Debtor_____                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 189,100.00                Assets Exempt: 86,013.68
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,395.06   Claims Discharged
                                             Without Payment: 200,780.44

Total Expenses of Administration: 1,604.94

---

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 175,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,604.94 | 1,604.94 | 1,604.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,087.00 | 26,272.50 | 26,272.50 | 6,395.06 |
| **TOTAL DISBURSEMENTS** | $ 207,087.00 | $ 27,877.44 | $ 27,877.44 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 06/10/2016 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/04/2017           By:/s/Frank J. Kokoszka, Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Jackson Life P.O. Box 24068 Lansing. Benefici | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P.O. Box 851001 Dallas, TX 75285 | | 175,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 175,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Frank J. Kokoszka | 2200-000 | NA | 18.15 | 18.15 | 18.15 |
| International Sureties, Ltd. | 2300-000 | NA | 3.10 | 3.10 | 3.10 |
| BOK Financial | 2600-000 | NA | 33.69 | 33.69 | 33.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,604.94 | $ 1,604.94 | $ 1,604.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Management Services, LP, 698 1/2 South Ogden Street Buffalo, NY 14206 | | 0.00 | NA | NA | 0.00 |
| | Capital One, P.O. Box 6492 Carol Stream, IL 60197 | | 3,259.00 | NA | NA | 0.00 |
| | Care Credit, P.O. Box 965036 Orlando, FL 32896 | | 1,046.00 | NA | NA | 0.00 |
| | EGS Financial Care, Inc., P.O. Box 1020 Dept. 806 Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | Home Depot, P.O. Box 6497 Sioux Falls, SD 57117 | | 50.00 | NA | NA | 0.00 |
| | Sears, P.O. Box 818017 Cleveland, OH 44181 | | 1,548.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,302.00 | 1,295.05 | 1,295.05 | 315.23 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 1,311.00 | 1,367.86 | 1,367.86 | 332.95 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 2,923.00 | 2,209.49 | 2,209.49 | 537.82 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 2,536.76 | 2,536.76 | 617.48 |
| 7 | Capital One, N.A. | 7100-000 | 668.00 | 525.56 | 525.56 | 127.93 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | 6,246.00 | 6,251.52 | 6,251.52 | 1,521.70 |
| 3 | Navient Solutions, Inc. | 7100-000 | 5,500.00 | 4,008.37 | 4,008.37 | 975.69 |
| 10 | Synchrony Bank | 7100-000 | 2,434.00 | 2,434.58 | 2,434.58 | 592.61 |
| 9 | Synchrony Bank | 7100-000 | 999.00 | 999.95 | 999.95 | 243.40 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | 4,801.00 | 4,643.36 | 4,643.36 | 1,130.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,087.00 | $ 26,272.50 | $ 26,272.50 | $ 6,395.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-19181 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Pamela L. Tulley | | | | Date Filed (f) or Converted (c): | 06/10/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/05/2016 |
| For Period Ending: | 08/04/2017 | | | | Claims Bar Date: | 05/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 324 E. Elm Street<br>Villa Park Il 60181-0000 Dupage | 204,000.00 | 0.00 | | 0.00 | FA |
| 2. Used Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 3. Old Computer | 100.00 | 0.00 | | 0.00 | FA |
| 4. Treadmill | 200.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 7. Books, Pictures, Dvds + Cds | 50.00 | 0.00 | | 0.00 | FA |
| 8. Bmo Harris Villa Park, Il #9041 | 10.00 | 0.00 | | 0.00 | FA |
| 9. Bmo Harris Villa Park, Il #8360 Joint With Son | 10.00 | 0.00 | | 0.00 | FA |
| 10. 360 Bank Internet Account #9057 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. State Universities Retirement Systems 1901 Fox Drive Champai | 8,000.00 | 0.00 | | 0.00 | FA |
| 12. Life Plan Bankers Trust Company 453 7th Str. Des Moines, IA<br><br>Amended Schedules filed on 7/26/2016 (Docket Entry #16), changing value from $51,000.00 to $58,713.68 and updating address.<br>The was a Special Needs Trust. Trustee researched if there was a basis to object to the exemption claimed on this asset and determined that he was very unlikely to be successful in such an objection and the litigation of such objection would be costly to the estate. | 58,713.68 | 0.00 | | 0.00 | FA |
| 13. Anticipated 2015 Tax Refund<br>Federal | 213.00 | 0.00 | | 0.00 | FA |
| 14. Life Insurance Jackson Life P.O. Box 24068 Lansing. Benefici<br><br>Amended Schedules Filed on 7/26/16 (Docket Entry # 16) Amended Schedules clarified the type of insurance policy and changed the amount of the surrender value. | 9,384.46 | 8,077.46 | | 8,000.00 | FA |

|  |  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $283,191.14 | $8,077.46 | $8,000.00 | Exhibit 8 $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |  |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has reached a compromise with Debtor for the turnover of the surrender value of the Debtor's insurance.
Trustee received a check in the amount of $8,000.00 and is preparing a Motion to Approve Compromise/Turnover.
 - Frank J. Kokoszka 2/1/2017
Motion to Approve Turnover Granted. Trustee is awaiting bar date and reviewing claims.   - Frank J. Kokoszka 4/2/2017
Trustee has reviewed timely filed claims and determined that all claims are valid.   - Frank J. Kokoszka 5/9/2017


Initial Projected Date of Final Report (TFR): 08/30/2017      Current Projected Date of Final Report (TFR): 08/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-19181 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Pamela L. Tulley | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0212 |
| | Checking |
| Taxpayer ID No: XX-XXX7907 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/04/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/17 | 14 | Jackson National Life Insurance Company | Sale back to Debtor Represents Non-exempt surrender value of life insurance policy after Order approving settlement with the Debtor | 1129-000 | $8,000.00 | | $8,000.00 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $3.10 | $7,996.90 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.35 | $7,986.55 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.87 | $7,974.68 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.47 | $7,963.21 |
| 06/26/17 | 102 | Frank J. Kokoszka | Distribution | | | $1,568.15 | $6,395.06 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.  ($1,550.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.  ($18.15) | 2200-000 | | | |
| 06/26/17 | 103 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 24.34 % per court order. | 7100-000 | | $315.23 | $6,079.83 |
| 06/26/17 | 104 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 24.34 % per court order. | 7100-000 | | $1,521.70 | $4,558.13 |
| 06/26/17 | 105 | Navient Solutions, Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Final distribution to claim 3 representing a payment of 24.34 % per court order. | 7100-000 | | $975.69 | $3,582.44 |

Page Subtotals: $8,000.00    $4,417.56

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-19181 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Pamela L. Tulley | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0212 |
| | Checking |
| Taxpayer ID No: XX-XXX7907 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/04/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | 106 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $1,488.25 | $2,094.19 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 24.34 % per court order. ($332.95) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 24.34 % per court order. ($537.82) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6 representing a payment of 24.34 % per court order. ($617.48) | 7100-000 | | | |
| 06/26/17 | 107 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 7 representing a payment of 24.34 % per court order. | 7100-000 | | $127.93 | $1,966.26 |
| 06/26/17 | 108 | Wells Fargo Bank, N.A.<br>Po Box 10438<br>Des Moines, Ia 50306-0438 | Final distribution to claim 8 representing a payment of 24.34 % per court order. | 7100-000 | | $1,130.25 | $836.01 |
| 06/26/17 | 109 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Distribution | | | $836.01 | $0.00 |
| | | Synchrony Bank | Final distribution to claim 9 representing a payment of 24.34 % per court order. ($243.40) | 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 10 representing a payment of 24.34 % per court order. ($592.61) | 7100-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $3,582.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0212 - Checking | $8,000.00 | $8,000.00 | $0.00 |
|  | $8,000.00 | $8,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals:    $0.00    $0.00